UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUINTERO DIAZ LAZARO,
A# 022 775 456,

    Petitioner,

v.                                        4:17cv419–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed November 3, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for failure to prosecute.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this <u>  29th  </u> day of <u>  November  </u>, 2017.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE